UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

            Plaintiff,

   v.

JACKENHEIMER,

            Defendant.

CASE NO. 2:23-cv-00240-RAJ-BAT

**ORDER**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff must pay the filing fee within 30 days of this order, or the case is dismissed.

(3)    The Clerk is directed to send copies of this Order to the Plaintiff.

Dated this 11th day of April, 2023.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1